# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA,<br><br>    Plaintiff<br><br>v.<br><br>JAMES JOHN JORISSEN,<br><br>    Defendant | Case No.: 2:23-cv-00420-APG-DJA<br><br>**Order Remanding Case** |

    Defendant James John Jorissen removed this action from North Las Vegas Municipal Court based on federal question jurisdiction. ECF No. 1-1.  Under 28 U.S.C.§ 1331, federal district courts have jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."  Jorissen asserts federal question jurisdiction exists because he is asserting a federal constitutional right to travel.  However, Jorissen's federal defense or counterclaim cannot create federal question jurisdiction for removal. *See Holmes Grp., Inc. v. Vornado Air Circulation Sys., Inc.*, 535 U.S. 826, 831 (2002) (stating that a counterclaim cannot serve as the basis for federal question jurisdiction); *Hall v. N. Am. Van Lines, Inc.*, 476 F.3d 683, 687 (9th Cir. 2007) (stating that "the existence of a defense based upon federal law is insufficient to support jurisdiction" (quotation omitted)).

    I THEREFORE ORDER that the case is remanded to the North Las Vegas Municipal Court from which it was removed for all further proceedings.  The clerk of court is instructed to close this case.

    DATED this 21st day of March, 2023.

                                                                                           ANDREW P. GORDON<br>
                                                                               UNITED STATES DISTRICT JUDGE